Brian H. Kim (State Bar No. 215492)
James P. Keenley (State Bar No. 253106)
BOLT KEENLEY KIM LLP
2855 Telegraph Ave., Suite 517
Berkeley, California 94705
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANPING DU,<br><br>   Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE DISABILITY PLAN; MATRIX ABSENCE MANAGEMENT, INC.; HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>   Defendants. | Case No.: 5:23-cv-1351 NC<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER DISMISSING CASE WITH PREJUDICE** |

Plaintiff Yanping Du and Defendants Hewlett Packard Enterprise Disability Plan, Matrix Absence Management, Inc. and Hewlett Packard Enterprise Company (collectively "the parties"), by and through their respective counsel of record, hereby stipulate that this action shall be dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

**IT IS SO STIPULATED.**

///

///

///

| | | |
|---|---|---|
| Date: June 6, 2023 | | BOLT KEENLEY KIM LLP |
| | By: | /s/ Brian H. Kim |
| | | Brian H. Kim |
| | | Attorneys for Plaintiff |
| | | YANPING DU |
| | | |
| Dated: June 6, 2023 | | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| | By: | /s/ Michael Brisbin |
| | | Michael K. Brisbin |
| | | Attorneys for Defendants |
| | | HEWLETT PACKARD ENTERPRISE DISABILITY PLAN, MATRIX ABSENCE MANAGEMENT, INC., and HEWLETT PACKARD ENTERPRISE COMPANY |

## ORDER DISMISSING CASE WITH PREJUDICE

Having reviewed the stipulation of the parties and good cause showing, the Court hereby GRANTS the parties' stipulation and hereby ORDERS that this action, Case No. 5:23-cv-1351 NC, is dismissed in its entirety with prejudice, with each party to bear its own fees, costs, and expenses in this matter.

**IT IS SO ORDERED.**

Dated: ___June 9___, 2023       _____
                                 Hon. Nathanael M. Cousins
                                 United States Magistrate Judge

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Nathanael M. Cousins]